UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR21-223PJS/LIB

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(e) |
| v. | 28 U.S.C. § 2461(c) |
| MARCELL DOUSHAWN ESTES, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm–Armed Career Criminal)

On or about September 21, 2021, in the State and District of Minnesota, the defendant,

**MARCELL DOUSHAWN ESTES,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies or serious drug offenses committed on an occasion different from the others, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Accomplice After the Fact | Hennepin County, Minnesota | September 14, 2009 |
| Aggravated Robbery – 1st Degree | Ramsey County, Minnesota | May 3, 2010 |
| Aggravated Robbery – 1st Degree | Ramsey County, Minnesota | May 3, 2010 |

SCANNED
OCT 19 2021
U.S. DISTRICT COURT MPLS

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Aggravated Robbery – 1st Degree | Ramsey County, Minnesota | May 3, 2010 |
| Burglary -2nd Degree- Dwelling | Hennepin County, Minnesota | March 15, 2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson M&P .40 caliber pistol bearing serial number NCU9175, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

**MARCELL DOUSHAWN ESTES,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, a Smith & Wesson M&P .40 caliber pistol bearing serial number NCU9175 and any ammunition and accessories seized therewith.

United States v. Marcell Doushawn Estes

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY   FOREPERSON